UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61357-Civ-Cohn/Seltzer

RENEE J. FECTEAU,

Plaintiff,

v.

GENERAL REVENUE CORPORATION,

Defendant.

_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 44) entered

December 22, 2010 against, General Revenue Corporation, acknowledges that full

payment thereof has been received and the Judgment is satisfied.

Renee Fectia

Renee J. Fecteau

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-61357-Civ-Cohn/Seltzer

RENEE J. FECTEAU,

      Plaintiff,

v.

GENERAL REVENUE CORPORATION,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 4, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Elizabeth M. Bohn, Esq.
Jorden Burt LLP
Suite 500
777 Brickell Avenue
Miami, FL 33131
Telephone: 305-347-6879
Facsimile: 305-372-9928

<u>Via Notices of Electronic Filing generated by CM/ECF</u>